**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HAPAG-LLOYD AKTIENGESELLSCHAFT, HAMBURG; <br> HAPAG-LLOYD (AMERICA), LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MARLEEN LEVY i/a/t/a ALEPH INDUSTRIES INC. a/k/a ALEPH TIRE ROAD SERVICE, <br><br> Defendant. | Case No. 2:20-cv-11155-BRM-ESK <br><br> **ORDER** <br> **FOR DEFAULT JUDGMENT** |

This action having been commenced on August 24, 2020 by the filing of the Complaint, and a Summons having been issued on August 24, 2020, and a copy of the Summons and Complaint having been served on the Defendant, Marleen Levy i/a/t/a Aleph Industries Inc. a/k/a Aleph Tire Road Service, on August 28, 2020 by personal service on a person authorized to accept service, and a proof of service having been filed on September 2, 2020 and the Defendant not having answered the Complaint, and the time for answering the Complaint having expired, and the Clerk having entered default as to the Defendant on the docket on September 22, 2020, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against Defendant, Marleen Levy i/a/t/a Aleph Industries Inc. a/k/a Aleph Tire Road Service, in the liquidated amount of $95,765.10 plus costs and disbursements of this action in the amount of $475.00 amounting in all to $96,240.10.

_____
Brian R. Martinotti, U.S.D.J.

Date:   December 9, 2020

1